UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEPHANIE L. MARTIN,

    Plaintiff,

v.                                       Case No. 0:15-cv-61140-RNS

ALLIED INTERSTATE, LLC,
a Minnesota limited liability company;
and IQOR HOLDINGS US, INC., a
Delaware corporation,

    Defendants.
_____/

**DEFENDANTS ALLIED INTERSTATE LLC AND IQOR HOLDINGS US INC.'S
RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Defendants Allied Interstate LLC ("Allied") and iQor Holdings US Inc.'s ("iQor"), by and through its undersigned counsel, respond to the Motion to Withdraw as Counsel for Plaintiff (Dkt. 79) ("Motion to Withdraw"), and state as follows:

1. Defendants do not oppose the relief sought in the Motion to Withdraw, and specifically do not oppose Saxon Gilmore's request that Plaintiff Stephanie Martin be allowed thirty (30) days to find new counsel after entry of the order granting the Motion to Withdraw.

2. As Defendants' Motion for Summary Judgment Pursuant to Rule 56 (Dkt. 60) and Motion for Rule 11 Sanctions for Pursuit of a Frivolous Claim (Dkt. 58) are fully briefed, Defendants state that, unless the Court deems oral argument necessary, these motions are ripe for adjudication, and Defendants respectfully ask that the Court consider these motions in conjunction with the instant motion by counsel for Plaintiff.

- 2 -

Dated:  March 9, 2016

                                             Respectfully submitted,

/s/ *Patrick G. Broderick*
Patrick G. Broderick
FLORIDA BAR NO.: 88568
Email: broderickp@gtlaw.com
GREENBERG TRAURIG, LLP
777 S. Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Phone: (561) 650-7915

 -and-

John Wirthlin
FLORIDA BAR NO.: 0085587
Email: wirthlinj@gtlaw.com
GREENBERG TRAURIG, LLP
625 E. Twiggs Street, Suite 100
Tampa, FL  33602
Phone: (813) 318-5700

*Attorneys for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2016, a true and correct copy of the foregoing was served via electronic mail ECF filing to the following:

J. Frazier Carraway
E-mail: fcarraway@saxongilmore.com
Claire M. Brueck
E-mail: cbrueck@saxongilmore.com
SAXON GILMORE & CARRAWAY, P.A.
201 E. Kennedy Blvd., Suite 600
Tampa, Florida 33602

*Counsel for Plaintiff Stephanie Martin*

/s/ *Patrick G. Broderick*