UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-61140-CIV-SCOLA/OTAZO-REYES

STEPHANIE L. MARTIN,

    Plaintiff,

v.

ALLIED INTERSTATE LLC and
IQOR HOLDINGS US, INC.,

    Defendants.
_____/

## ORDER

In light of the Court's recent granting of Plaintiff's Counsel's Motion to Withdraw and allowing Plaintiff until April 22, 2016 to obtain new counsel, it is

ORDERED AND ADJUDGED that the hearing set for March 18, 2016 is hereby CANCELLED, pending appearance of new counsel.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of March, 2016.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

United States District Judge Robert N. Scola, Jr.
Counsel of Record

Copies furnished by mail to:

Stephanie L Martin
1650 N. Riverside Dr., #12
Pompano Beach, FL 33062