United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Stephanie L. Martin, Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 15-61140-Civ-Scola |
| Allied Interstate, LLC and IQOR | ) | |
| Holdings US, Inc., Defendants | ) | |

## Judgment

The Court has granted summary judgment. (Order, ECF No. 93.) The Court now enters judgment in favor of the Defendants and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case. The Court retains jurisdiction to rule on the pending Rule 11 motion (ECF No. 58).

**Done and Ordered**, at Miami, Florida, on June 20, 2016.

_____
Robert N. Scola, Jr.
United States District Judge